**Motion Granted; Order filed June 10, 2014.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-13-00913-CR
_____

### ERRICK LAMAR PROCTOR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1341677**

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. Appellant has made known to this Court his desire to review the record and file a pro se brief. _See Anders v. California_, 386 U.S. 738 (1967); _Gainous v. State_, 436 S.W.2d 137 (Tex. Crim. App. 1969).

Accordingly, we hereby direct the Judge of the 176th District Court to afford appellant an opportunity to view the trial record in accordance with local

procedure; that the clerk of that court furnish the record to appellant on or before **June 25, 2014;** that the clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.


PER CURIAM